# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**SHERRON H. WILKINSON,**
Appellant,

v.

**U.S. BANK NATIONAL TRUST ASSOCIATION,** et al.,
Appellee.

No. 4D2024-2247

[January 29, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Carolyn R. Bell, Judge; L.T. Case No. 502013CA010709.

Sherron H. Wilkinson, Palm Beach Gardens, pro se.

Joseph T. Kohn and Benjamin B. Brown of Quarles & Brady LLP, Naples, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CONNER and LOTT, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***